UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | 22-MJ-127-AJ |
| ) | |
| ) | |
| NADIA MOHAMED | |

ASSENTED-TO MOTION TO AMEND CONDITIONS OF RELEASE

Nadia Mohamed respectfully moves the Court to amend her conditions of release set on October 13, 2022 by amending the no-contact condition so as to permit her deposition to be taken and to allow her to participate in arbitration in her civil action pending in the United States District Court for the Eastern District of Pennsylvania.

As grounds for this motion, the following is stated:

The criminal complaint in this case involves alleged threats and other improper communications from Ms. Mohamed via emails addressed to attorneys and employees of Progressive Advanced Insurance Company.  Complaint Affidavit, Document 1-1.  These communications allegedly related to an insurance action brought by Ms. Mohamed in the Eastern District of Pennsylvania.  *Id*.

Ms. Mohamed is currently represented by counsel, Attorney Mitchell Clair, in that case. Attorney Clair has provided undersigned counsel with the attached notice of a Zoom deposition by Attorney James Watson on December 14, 2022 and with the attached order referring the matter for arbitration on January 11, 2023.

Condition 7(l) of the bail order would prohibit Ms. Mohamed from attending the deposition and arbitration.  Document 23.  The Court should amend this condition to allow Ms. Mohamed to participate as contact with her during her deposition and arbitration would pose no

1

reasonable safety risk to Attorney Watson and others. Both Attorney Clair and undersigned counsel have observed an improvement in Ms. Mohamed's condition since her release, and there has been no allegation that she has failed to comply with any of her conditions of release, including the mental health treatment conditions. Indeed, allowing her to participate in these proceedings would move the civil case towards trial or negotiated settlement, and resolving that matter should help Ms. Mohamed mentally and emotionally. Moreover, Attorney Watson and the Insurance Company apparently feel sufficiently comfortable to notice up the deposition of Ms. Mohamed.

AUSA Heather Cherniske assents to the relief requested in this motion.

WHEREFORE, Nadia Mohamed respectfully moves the Court to amend condition 7(l) of the order setting conditions of release, Document 23, by adding the following sentence: "However, the defendant may participate in a deposition on December 14, 2022 and arbitration on January 11, 2023 in Mohamed v. Progressive Advanced Insurance Company, a case pending before the United District Court for the Eastern District of Pennsylvania."

Respectfully submitted,

*/s/ Behzad Mirhashem*
Behzad Mirhashem
N.H. Bar 10031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022 a copy of the foregoing was served via ECF on all counsel of record.

*/s/ Behzad Mirhashem*
Behzad Mirhashem